IN THE UNITED STATES DISTRICT COURT
FO R THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Christopher Lundy, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, | ) | Case No. 1:25-cv-135 |
| | ) | |
| Defendant. | ) | |

On December 17, 2025, the Parties filed a Stipulation to Amend Scheduling Order. (Doc. No. 14). The court **ADOPTS** the Parties' stipulation (Doc. No. 14) and **AMENDS** the pretrial deadlines as follows:

1. All fact discovery will be completed by the following deadline, with all discovery pursuant to Rules 33, 34, and 36 to be served a minimum of thirty-three (33) days prior to the deadline: 04/30/2026.

2. Discovery motions are due by 03/27/2026.

3. The deadlines for exchanging complete expert witness reports are as follows:

    a. 05/29/2026 for plaintiff(s);

    b. 06/30/2026 for defendant(s); and

    c. 07/20/2026 for any rebuttal experts.

4. The parties shall have until 08/28/2026 to complete discovery depositions of expert witnesses:

5. Motion deadlines are as follows:

    a. 03/02/2026 motions to amend pleadings;

      b.      05/29/2026 for nondispositive motions (e.g. consolidation, bifurcation); and

      c.      09/18/2026 dispositive and F.R.E. 702/Daubert motions (e.g. summary judgment).

To ensure there is sufficient time for the briefing and consideration of any dispositive motions that may be filed, the court on its own motion shall continue the final pretrial conference and jury trial. Accordingly, the final pretrial conference on January 12, 2027, shall be rescheduled for March 9, 2027, at 9:00 AM by telephone. To participate in the final pretrial conference/participate, the parties should call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID." The jury trial on January 25, 2027, shall be rescheduled for March 22, 2027, at 9:30 AM in Bismarck (courtroom 1) before Judge Traynor. A seven (7) day trial is anticipated.

    **IT IS SO ORDERED.**

    Dated this 18th day of December, 2025.

                                        */s/ Clare R. Hochhalter*
                                        Clare R. Hochhalter, Magistrate Judge
                                        United States District Court