**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Christopher Lundy, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:25-cv-135 |
| BNSF Railway Company, | ) | |
| | ) | |
| Defendant. | ) | |

On April 14, 2026, the Parties filed a Notice of Settlement. (Doc. No. 16). The Parties shall file their closing document within sixty (60) days from the date of this order.  See D.N.D. Civ. L. R. 41.1.

**IT IS SO ORDERED**.

Dated this 16th day of April, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court